UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



ADVOCACY CENTER FOR PERSONS
WITH DISABILITIES, INC,

    Plaintiff,

vs.                                              CASE NO.: 8:03-cv-322-T-17TBM

SCHOOL BOARD OF HILLSBOROUGH
COUNTY,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR LEAVE TO DISMISS

COMES NOW, Plaintiff, the Advocacy Center for Persons with Disabilities, who moves the Court for leave to dismiss the captioned case and, in support hereof, says:

1. The Advocacy Center for Persons with Disabilities is the state's Protection and Advocacy system for persons with developmental disabilities, authorized under state law to fulfill the purposes and responsibilities of such system under the provisions of 42 U.S.C. §§ 15041 - 15045.

2. The Advocacy Center received a request for assistance on behalf of an individual, Terrell Griffin, a young adult with developmental disabilities who resides in a group home and who has not been adjudicated incompetent. The request was for investigation of events that led to Mr. Griffin being excluded from the programs of education provided by the School Board of Hillsborough County, and to which Mr. Griffin is entitled until age 21. *See* 34 C.F.R. § 300.300.

GRANTED AND SO ORDERED this ___ day of August, 2003.

ELIZABETH A. KOVACHEVICH
U. S. DISTRICT JUDGE

3. As part of the Advocacy Center's preliminary investigation, an advocate requested records related to Mr. Griffin's educational program, pursuant to the Center's authority under 42 U.S.C. § 15043(2)(I)(i), having obtained the authority of Mr. Griffin. The School District refused to provide the Advocacy Center access to the records, alleging that it had appointed a "surrogate parent" for Mr. Griffin and that the records would be released only if the surrogate consented.

4. The Advocacy Center had a number of concerns about the defendant's actions, and filed the captioned action.

5. Following the filing of the complaint, the defendant recommenced providing services to Mr. Griffin. This situation has caused the individual who originally requested the Advocacy Center's assistance on Mr. Griffin's behalf to withdraw his request.

6. The Advocacy Center continues to have concerns about the appointment of the surrogate and the obstruction of access to records based on such appointment. These issues primarily involve questions of state law and regulation, however, and can be pursued in a state forum on behalf of Mr. Griffin. The questions of the denial of access to the records related to the previous exclusion from school have become mooted by the now satisfactory services reported to the Advocacy Center.

7. For the foregoing reasons, the Advocacy Center requests that this matter be dismissed without prejudice. No counterclaim has been filed and no discovery conducted. Dismissal at this juncture will effect no prejudice on either party.

8. The undersigned has consulted with counsel for the defendant who has stated that he has no objection to dismissal due to the present satisfactory program and who authorized the

undersigned to represent to the Court that the defendant will not seek costs incurred in connection with this proceeding.

WHEREFORE, Plaintiff moves the Court for leave to dismiss this action without prejudice.

Respectfully submitted,

Laura L. Whiteside
Fla. Bar No. 0509566
Advocacy Center for Persons with Disabilities, Inc.
1000 N. Ashley Drive, Suite 513
Tampa, FL 33602
(813) 233-2920 ext 214
(813) 233-2917 (fax)

And
Gordon B. Scott
Fla. Bar No. 112860
Advocacy Center for Persons with Disabilities, Inc.
2671 Executive Center Circle, W.
Tallahassee, FL 32301
(850) 488-9071 ext. 214
(850) 488-8640 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of the foregoing was submitted by facsimile (813) 273-0072, and United States Mail, postage prepaid, to Thomas M. Gonzalez, Esq., Thompson, Sizemore & Gonzalez, 501 East Kennedy Blvd., Suite 1400, Tampa, FL 33601, on the 13th day of August, 2003.

Attorney

F I L E   C O P Y

Date Printed: 08/18/2003

Notice sent to:

    Gordon B. Scott, Esq.
Advocacy Center for Persons With
Disabilities, Inc.
Webster Bldg., Suite 100
2671 Executive Center Cir., W.
Tallahassee, FL  32301-5024

8:03-cv-00322    jab

Laura L. Whiteside, Esq.
Advocacy Center
1000 N. Ashley Dr., Suite 513
Tampa, FL  33602-3717

8:03-cv-00322    jab

Thomas M. Gonzalez, Esq.
Thompson, Sizemore & Gonzalez, P.A.
501 E. Kennedy Blvd., Suite 1400
P.O. Box 639
Tampa, FL  33601

8:03-cv-00322    jab